# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KEVIN ESAUD PEREZ ROJAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3130

[October 16, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 2019CF002769AXX.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Briana P. Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***